# Schedule A

**BAIDU INC - SPON ADR**  Ticker: **BIDU**  Cusip: **056752108**

Class Period: 03/22/2021 to 03/29/2021

**Alison Scully**

| | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 3/26/2021 | 10 | $184.40 |