# EXHIBIT 1



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER



# INVESTOR ALERT: Scott+Scott Attorneys at Law LLP Files Securities Class Action on Behalf of Certain Baidu, Inc. Shareholders Against Goldman Sachs Group Inc. and Morgan Stanley

December 16, 2021 18:07 ET | Source: Scott+Scott Attorneys at Law LLP








NEW YORK, Dec. 16, 2021 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit against Goldman Sachs Group Inc. ("Goldman Sachs") and Morgan Stanley ("Morgan Stanley"), alleging violations of §§20A, 10(b), and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§78t-1, 78j(b), and 78t(a), and Securities and Exchange Commission (SEC) Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5. **If you purchased Baidu, Inc. ("Baidu" or the "Company") (NASDAQ: BIDU) common stock between March 22, 2021**



**information.**

Both Goldman Sachs and Morgan Stanley are global financial services institutions that served as prime brokers for Archegos Capital Management ("Archegos"), a family office with $10 billion under management, helping Archegos make trades and lending it capital in the form of margin lending.

According to the Complaint, Goldman Sachs and Morgan Stanley sold a large amount of Baidu shares during the Class Period while in possession of material, non-public information about Archegos and its need to fully liquidate its position in the Company because of margin call pressure. As a result of these sales, Defendants Goldman Sachs and Morgan Stanley **_avoided billions in losses_** combined.

**Lead Plaintiff Deadline**

The Lead Plaintiff deadline in this action is February 14, 2022. Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class. The case is pending in the Southern District of New York under docket number 1:21-cv-10791.

**What You Can Do**

If you purchased **Baidu common stock during the Class Period**, or if you have questions about this notice or your legal rights, you are encouraged to contact attorney Jonathan Zimmerman at (888) 398-9312 or jzimmerman@scott-scott.com.

**About Scott+Scott**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.

This may be considered Attorney Advertising.

**CONTACT:**

**Jonathan Zimmerman**

**Scott+Scott Attorneys at Law LLP**



**Tags**

Class Action

**Related Links**

- https://scott-scott.com/case/baidu-inc/

# Recommended Reading

February 09, 2022 12:11 ET

Source: Scott+Scott Attorneys at Law LLP

**INVESTOR ALERT: Scott+Scott Attorneys at Law LLP Investigates Peloton Interactive, Inc.'s Directors and Officers for Breach of Fiduciary...**

NEW YORK, Feb. 09, 2022 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), a national securities and consumer rights litigation firm, is investigating whether certain directors...

February 07, 2022 15:17 ET

Source: Scott+Scott Attorneys at Law LLP

**Scott+Scott Attorneys at Law LLP Announces Filing of Securities Class Action Against TAL Education Group (TAL); Lead Plaintiff Deadline...**

NEW YORK, Feb. 07, 2022 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, advises investors that a securities...

# Explore



COVID-19 NEWS   SERVICES ⌄   CONTACT US   FRANÇAIS   SIGN IN   REGISTER

February 11, 2022 11:71 ET

## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

## Newswire Distribution Network & Management

· Home

· RSS Feeds

· Newsroom

· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2022 GlobeNewswire, Inc. All Rights Reserved.