# EXHIBIT 3

**Baidu Inc. Loss Chart**                                                                                      **Lookback Price**
**Class Period: March 22, 2021 through March 29, 2021**

| Name | Date Purchased | ADSs | Price per ADSs | Total | Date Sold | ADSs | Price per ADSs | Total | ADSs Retained | Value Retained | Total Loss/Gain | $200.39 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hotchandani, Pankaj Kumar | 3/23/2021 | 50 | ($252.00) | ($12,600.00) | | | | | | | | |
| | 3/25/2021 | 50 | ($228.00) | ($11,400.00) | | | | | | | | |
| | | 100 | | ($24,000.00) | | | | | 100 | $20,038.97 | ($3,961.03) | |