**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALISON SCULLY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>Defendants. | Case No. 1:21-cv-10791-PAC |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF DR. JEFFREY WACHTEL'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for lead plaintiff movant Dr. Jeffrey Wachtel ("Movant") and proposed Co-Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as lead plaintiff and approval of his selection of Scott+Scott and Hedin Hall LLP ("Hedin Hall") as Co-Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit 1:    Notice published December 16, 2021, via *Globe Newswire*, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit 2:    Movant's PSLRA Certification;

Exhibit 3:    Declaration of Movant;

Exhibit 4:    Movant's Loss Chart;

Exhibit 5:    Scott+Scott firm résumé; and

Exhibit 6:    Hedin Hall firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 14th day of February, 2022.

*s/ Thomas L. Laughlin, IV*
THOMAS L. LAUGHLIN, IV

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

2