# EXHIBIT 4

**LOSS ANALYSIS**

**Class Period: 03/22/2021 to 03/29/2021**

**BAIDU INC - SPON ADR**

| Ticker | CUSIP | SEDOL | ISIN |
|---|---|---|---|
| BIDU | 056752108 | B0FXT17 | US0567521085 |

**Dr. Jeffrey Wachtel**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/23/2021 | 2,000 | $260.00 | -$520,000.00 |
| Purchase | 3/23/2021 | 1,000 | $262.00 | -$262,000.00 |
| Purchase | 3/24/2021 | 1,000 | $244.50 | -$244,500.00 |
| Purchase | 3/24/2021 | 1,000 | $241.00 | -$241,000.00 |
| Purchase | 3/24/2021 | 1,000 | $247.50 | -$247,500.00 |
| Purchase | 3/24/2021 | 1,000 | $248.50 | -$248,500.00 |
| Class Period purchases: | | 7,000 | | -$1,763,500.00 |
| Sale | 3/23/2021 | 2,000 | $263.00 | $526,000.00 |
| Sale | 3/23/2021 | 1,000 | $262.55 | $262,550.10 |
| Sale | 3/26/2021 | 4,000 | $190.00 | $760,000.00 |
| Class Period sales (matched to Class Period purchases): | | 7,000 | | $1,548,550.10 |

**5,000 shares sold on March 22, 2021 have been matched to pre**

**-Class Period holdings**                                          LIFO Gain/(Loss):    -$214,949.90