UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALISON SCULLY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>Defendants. | Case No.  1:21-cv-10791-PAC |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF TONG B. TRAN FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Tong B. Tran ("Tran"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of the motion of Tran for appointment as Lead Plaintiff and approval of his selection of Pomerantz as Lead Counsel for the Class in the above-captioned action (the "Action").

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart reflecting the financial interest of Tran in the Action; |
| Exhibit B: | Press release published over *Globe Newswire* on December 16, 2021, announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certification executed by Tran; |
| Exhibit D: | Declaration executed by Tran; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 14, 2022.

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman

1