# EXHIBIT A

**Baidu, Inc. (BIDU)**                                                                                    **Tong B. Tran**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 3/23/2021 | 200 | $255.0100 |
| Purchase | 3/23/2021 | 200 | $251.5100 |
| Purchase | 3/23/2021 | 300 | $250.0100 |
| Purchase | 3/24/2021 | 500 | $257.5100 |
| Purchase | 3/24/2021 | 250 | $257.0100 |
| Purchase | 3/24/2021 | 250 | $254.0100 |
| Purchase | 3/24/2021 | 200 | $250.5100 |
| Purchase | 3/24/2021 | 200 | $249.0500 |
| Sale | 3/23/2021 | (99) | $264.1400 |
| Sale | 3/23/2021 | (901) | $264.0000 |