**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHEW KING TAN, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br>v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br><br>Defendants. | Case No.: 1:21-cv-08413-PAC |
| TRAVIS FLORIO, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br>v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br><br>Defendants. | Case No.: 1:21-cv-08618-PAC |

MICHAEL MERSON, Individually and on Behalf of All Others Similarly Situated,

               Plaintiff,

      v.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

             Defendants.

Case No.: 1:21-cv-08752-PAC

---

MARK ULANCH, Individually and on Behalf of All Others Similarly Situated,

               Plaintiff,

      v.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

             Defendants.

Case No.: 1:21-cv-08897-PAC

---

ALMA FELIX, Individually and on Behalf of All Others Similarly Situated,

               Plaintiff,

      v.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

             Defendants.

Case No.: 1:21-cv-10286-PAC

| | |
|---|---|
| ALISON SCULLY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> GOLDMAN SACHS GROUP INC. and MORGAN STANLEY, <br><br> Defendants. | Case No.: 1:21-cv-10791-PAC |
| KEVIN LEE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> GOLDMAN SACHS GROUP INC. and MORGAN STANLEY, <br><br> Defendants. | Case No.: 1:22-cv-00169-PAC |

## **PROPOSED ORDER**

Upon the motion for Michael Cinnamon for leave to withdraw from this action as counsel for The Goldman Sachs Group, Inc., IT IS HEREBY ORDERED:

1.      The motion is granted.

SO ORDERED.

Dated:  11/14/2023

_____
United States District Judge